# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00290-CV

**In re Curtis Wells**

### ORIGINAL PROCEEDING FROM MILAM COUNTY

## M E M O R A N D U M   O P I N I O N

Because relator has failed to provide a record showing him entitled to the relief sought, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.7(a)(1), 52.8(a).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Filed:  May 13, 2011